■ BLYE v MABSTOA.—This court's order entered on Febru-

ary 10, 1987 [124 AD2d 106] amended to add that: "The hearing and determination of the within appeal and the approval of the opinions with respect thereto, all occurred prior to December 31, 1986, and that only the ministerial act performed by the office of the clerk of this court in entering an order hereon was done subsequent to January 1, 1987." Concur—Sandler, J. P., Carro, Kassal and Ellerin, JJ.